UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMBER CARMICHAEL

    Plaintiff,

v.                                           Case No: 5:23-CV-531-TJC-PRL

COMMISSIONER OF SOCIAL SECURITY

    Defendant.

### ORDER

This matter is before the Court upon periodic review. Plaintiff, who is proceeding *pro se*, filed her Complaint on August 21, 2023. (Doc. 1). Pursuant to the Supplemental Rules, Plaintiff was required to file her brief within 30 days after the Commissioner's answer was filed. 28 Appendix U.S.C. §6. A review of the docket shows that the Commissioner filed an answer on October 23, 2023 (Docs. 6, 7), but Plaintiff has not yet filed her brief.

Accordingly, on or before **March 27, 2024**, Plaintiff shall file a brief in support of the relief she seeks in this action. Failure to comply with this Order, will likely result in Plaintiff's complaint being dismissed without prejudice for failure to prosecute pursuant to M.D. Fla. Local Rule 3.10(a).

**DONE** and **ORDERED** in Ocala, Florida on March 8, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to: Pro se Plaintiff