UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**AMBER CARMICHAEL,**

    Plaintiff,

v.                                                           Case No: 5:23-cv-531-TJC-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## ORDER

On April 5, 2024, the undersigned entered a Report and Recommendation recommending dismissal of Plaintiff's Complaint for failure to prosecute because Plaintiff had not filed her brief. (Doc. 12). Plaintiff then filed a notice with the Court advising that she previously sent her brief to the Court via certified mail, but that it could not be delivered because she provided an incomplete address. (Doc. 13). Plaintiff represents that the brief is currently en route back to her and that she will file it with the Court once she receives it. Based on this filing, the Report and Recommendation (Doc. 12) is hereby **VACATED**. Plaintiff shall file her brief no later than **May 10, 2024,** failing which the Court will renew its recommendation of dismissal for failure to prosecute.

**DONE** and **ORDERED** in Ocala, Florida on April 25, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties